GIBSON, Respondent, v. DE MIRACLE CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by William C. Gibson against the De Miracle Chemical Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

GLOVER, Respondent, v. GIBB et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Mabel R. Glover against John Gibb and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

GOLDBERG, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Term. June 23, 1904.) Action by Sol Goldberg against the Interurban Street Railway Company. From a judgment for defendant, plaintiff appeals. Affirmed. Leon Kaufman, for appellant. Henry W. Goddard and William E. Weaver, for respondent.

PER CURIAM. Judgment affirmed, with costs. Cahnmann v. Metropolitan Street Ry. Co., 37 Misc. Rep. 475, 75 N. Y. Supp. 970. The explicit admission upon the trial that Goldberg drove the wagon at the time of the collision, that the action for damages to the wagon resulted from the collision, and that judgment was rendered in that action for defendant on the merits, supplies every material fact that would be disclosed upon a production of the judgment roll.

GOLDMARK, Respondent, v. UNITED STATES GALVANIZER CO., Appellant. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Godfrey Goldmark against the United States Galvanizer Company. M. Fisher, for appellant. T. L. Frothingham, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

GORHAM, Respondent, v. VOUGHT, et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by David F. Gorham against Henry H. Vought and Nathan F. Vought. No opinion. Judgment affirmed, with costs.

GRAND TRUNK RY. CO. OF CANADA, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) In the matter of the claim of the Grand Trunk Railway Company of Canada against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

GRIFFIN, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by William Griffin against the Interurban Street Railway Company. From a judgment of the Appellate Term, affirming a

89 N.Y.S.—70

judgment of the Municipal Court in favor of plaintiff, defendant appeals. Affirmed. Paul D. Cravath, for appellant. Harcourt Bull, for respondent.

HATCH, J. For the reasons stated in my opinion in the case of Scudder v. Interurban Street Railway Company (herewith handed down) 89 N. Y. Supp. 1115, the determination appealed from should be affirmed, with costs.

PATTERSON and LAUGHLIN, JJ., concur.

INGRAHAM, J. (dissenting). The question presented on this appeal is the same as that presented in Scudder v. Interurban Street Railway Co. (decided herewith) 89 N. Y. Supp. 1115. For the reasons stated in that case, I think the determination should be reversed, with costs, and the complaint dismissed.

VAN BRUNT, P. J., concurs in this dissent.

GRIFFIN, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Sarah A. Griffin against the Prudential Insurance Company of America.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to abide the event, for the reason that, owing to the several withdrawals by the trial justice of portions of his charge and to the doubt expressed to the jury by him of what should be charged, and to the confusion which surrounded the court's instructions, the jury could not have obtained the intelligent advice in relation to the rules of law applicable to the facts of the case which the defendant was entitled to have given to them.

GROESBECK, Appellant, v. VILLAGE OF MECHANICVILLE, Respondent. (Supreme Court, Appellate Division, First Department. June 30, 1904.) Action by Myrtle Groesbeck, an infant, etc., against the village of Mechanicville. No opinion. Judgment and order unanimously affirmed, with costs.

GRUBE, Respondent, v. HAMBURG-AMERICAN S. S. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by Minnie Grube, as administratrix, against the Hamburg-American Steamship Company. E. P. Wheeler, for appellant. G. D. Lamb, for respondent.

PER CURIAM. Upon plaintiff stipulating to reduce judgment as entered for damages, costs, and allowance, etc., to the sum of $8,-423.71, judgment, as so modified, affirmed, without costs; otherwise, judgment and order reversed, and new trial ordered, with costs to appellant to abide event.

GUNNISON, Appellant, v. BOARD OF EDUCATION OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Walter B. Gunnison against the board of education of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.